

# Fourth Court of Appeals
## San Antonio, Texas

August 13, 2014

No. 04-14-00364-CV

**IN THE MATTER OF THE MARRIAGE OF A.L.F.L. AND K.L.L., AND IN THE INTEREST OF K.A.F.L., A CHILD,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02421
Honorable Barbara Hanson Nellermoe, Judge Presiding

## C O R R E C T E D   O R D E R

Sitting:      Marialyn Barnard, Justice
                Rebeca C. Martinez, Justice, Dissenting With Opinion To Follow
                Patricia O. Alvarez, Justice

This is an accelerated appeal from the trial court's denial of appellant's plea to the jurisdiction. On June 9, 2014, appellant, the State of Texas, filed a "Motion to Stay or Abate Appeal." In the motion, appellant claimed the issues in this appeal are similar to issues in two cases pending before the Texas Supreme Court — *In the Matter of the Marriage of J.B. & H.B.*, 326 S.W.3d 654 (Tex. App.—Dallas 2010, pet. granted), and *State v. Naylor*, 330 S.W.3d 434 (Tex. App.—Austin 2011, pet. granted). We agreed the issues to be presented in this appeal are similar to those issues pending before the Texas Supreme Court, i.e., the constitutionality of Texas marriage law under article I, section 32 of the Texas Constitution and section 6.204 of the Texas Family Code.

Thus, after reviewing the motion, appellee's response, appellant's reply, the clerk's record, and the cases pending before the supreme court, we agreed abatement was warranted. We therefore granted the appellant's motion and ordered the appeal abated and removed from this court's active docket. We advised that the appeal would be reinstated, at an appropriate time, by order of this court.

On August 11, 2014, appellant filed an emergency motion asking this court to lift our abatement for the limited purpose of granting an emergency stay. Specifically, appellant asserts the trial court is continuing to conduct proceedings in this matter and this threatens our jurisdiction with regard to the previously abated appeal. Appellant requests that we issue an order staying the trial court's order and all proceedings relating to the underlying divorce action until this court ultimately rules on the accelerated appeal, i.e., the plea to the jurisdiction. Appellee filed a response, in essence arguing we should not lift the abatement at appellant's

request because appellant requested the abatement in the first instance — essentially an estoppel argument.

After considering appellant's motion and the response. We **ORDER** our previous abatement lifted for the sole purpose of rendering this order. The abatement and removal from our active docket remains in full force and effect but for the issuance of this order. We further **GRANT** appellant's motion and **ORDER** the trial court to stay all proceedings in this matter. Specifically, we **ORDER** the trial court not to take any action relating to its June 30, 2014 order or to take any other action with regard to the matters at issue in this interlocutory appeal. At issue in this appeal is, among other things, the trial court's subject matter jurisdiction over this matter. Thus, we **ORDER** all trial court proceedings relating to this matter stayed, including trial on the merits.

We **order** the clerk of this court to serve a copy of this order on all counsel and the trial court.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court